Cause No. 2015 CR 6000A

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 03 2015
Abel Acosta, Clerk

BA1152-01

The State of Texas
VS.
Mark Dukes

IN The District Court
399 Judicial District
Bexar County, Texas

This document contains some pages that are of poor quality at the time of Imaging.

Petition For Writ of Mandamus-Failure To Issue Habeas Corpus Dismissal Because of Double Jeopardy

To The __Texas__ Fourth Court of Appeals; The Court of Criminal Appeals

Come Now, Mark Dukes, Petitioner in aboved styled and numbered cause files his Writ of Mandamus and in support of said petition would show The Court of Appeals the following:

I.

Petitioner is illegally confined in Bexar County Adult Dentention Center, in the custody of Susan Pamerleau, sheriff of Bexar County, Texas and has been so confined since the date of his arrest on the 17 day of June, 2015

II.

Petitioner is confined pursuant to criminal complaint number 2015CR6000A Filed in the 399 Judicial District Court of Bexar County, Texas charging Petitioner with the felony offense of Fraud Use/Poss. of ID Info <5 items, a violation of section 32.51

of The Texas Penal/Health and Safety Code.

## III.

Petitioner has filed Habeas Corpus- Dismissal because of Double Jeopardy on the 27 day of August, 2015. The court requested Petitioner brought before the 399 Judicial Court of Bexar County on the 15 day of October, 2015. The court failed to rule on the Petitioners Writ and reset for an undetermined date.

## IV

Petitioner has been awaiting trial since the 13 day of August, 2015. The court ruled on Suppress Evidence motion/Illegal Arrest to be case closed-rej. for further Inv. on the 10 day of December, 2014. After which the court dismissed Case-Dismissal on the 10 day of December, 2014.

## V.

Petitioner shows that the trial courts action in terminating the prosecution based on its finding that the State's remaining evidence is legally insufficient to convict the defendent in light of motion to suppress being granted was functionally an acquittal. State v.

Blackshere, 344 S. W. 3d 400 (Tex. Crim. App. 2011).

## VI

Petitioner raised a Writ of Habeas Corpus—Dismissal Because of Double Jeopardy pre-conviction of Petitioner and post Conviction of Co-Defendent Bradley Ray Hemby. Petitioners co-defendent has entered a plea of NG Application Defer Adjud in the cause No.'s 2014CR10428W/2014CR10427W on a bench trial on the 17 day of December, 2014 Jeopardy attaches in a bench trial when both sides have announced ready and the defendent has entered his plea. Gallemore V. State 312 S. W. 3d 156 (Tex. App.—Fort Worth 2010).

## VII.

Petitioner shows Double Jeopardy includes "Collateral Estoppel" which means that when an issue of "Ultimate Fact" once been determined by a valid and Final Judgment, that issue cannot be litigated again between the same parties. Ash v. Swenson, 397 U.S. 436, 90 S. Ct. 1189 (1970)

## VIII

Petitioner ask that it be determined whether

the State is attempting to punish the other parties for the same offense, the court must examine each of the statues to determine whether each requires proof of an additional element that the other does not. This is known as "The Blockburger Test." Blockburger v. U.S., 284 U.S. 249, 52 S. Ct. 180 (1932) readopted in U.S. v. Dixion, 509 U.S. 688, 113 S. Ct. 2849 (1993).

Wherefore, Permises Considered, Defendant prays a Writ of Mandamus issued to the 399 Judicial District Court and certiorabe granted by The Texas Fourth Court of Appeals to the end that Charges be Dismissed with Prejudice Because of Double Jeopardy; The Court of Criminal Appeals

Kirls B. Sherman/Pro-Se
Attorney for Petitioner

Petitioner

Certificate of Service

I, hereby certify that on this the 19 day of October, 2015, a true and correct copy of the above and foregoing Petition for Writ of Mandamus—Failure to ~~Issue on~~ Habeas Corpus—Dismissal Because of Double Jeopardy was transmitted to the 399 Judicial District Court and to the office of Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San

Antonio, Texas 78205.

_MkyR_____
Petitioner

## ACKNOWLEDGEMENT

State of Texas *****

County of Bexar *****

Before me, the undersigned authority, on this day personally appeared _Mark Dukes_____, Petitioner on the above and forgoing Petition for Writ of Mandamus—Failure to _Issue_ on Habeas Corpus—Dismissal Because of Double Jeopardy, who after being duly sworn stated that the facts contained there in are true and correct.

Sworn to and signed on this the 19th day of _October____, 2015.

SANDRA LNN MALLOY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-22-2019

_Sandra Lynn Malloy_
Notary Public